IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MAXUM INDEMNITY COMPANY,**

    Plaintiff,

v.

**MILLER CONTRACTING SERVICES,
INC.**, an Illinois corporation; **DARRELL
OLLER**; and **SARAH OLLER**,

    Defendant.                       No. 13-cv-179-DRH-PMF

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

    Before the Court is plaintiff Maxum Indemnity Company's (Maxum) notice of dismissal of defendants Darrell Oller and Sarah Oller pursuant to Fed. R. Civ. P. 41(a) (Doc. 19). Defendants Darrell and Sarah Oller (the Ollers) have not answered or appeared in this matter. Upon agreement of the parties, Maxum and the Ollers, the Ollers have agreed and executed a Stipulation to be Bound to Judgment whereby the Ollers stipulate that Darrell Oller and Sarah Oller will be bound by and subject to any declaratory judgment entered by the Court in this matter as between Maxum and defendant Miller Contracting Services, Inc. (Miller Contracting). Miller Contracting has no objection to the voluntary dismissal of the Ollers from this action. Thus, the Court acknowledges the voluntary dismissal of the Ollers from this action without prejudice.

    **IT IS SO ORDERED.**
Signed this 13th day of June, 2013.

Digitally signed by
David R. Herndon
Date: 2013.06.13
11:17:20 -05'00'

**Chief Judge
United States District Court**