UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MAXUM INDEMNITY COMPANY**,

    Plaintiff,

v.

**MILLER CONTRACTING SERVICES, INC.,**
an Illinois corporation; **DARRELL OLLER;**
and **SARAH OLLER,**

    Defendant.                         No. 13-cv-179-DRH

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the Court on defendant's Motion for Summary Judgment.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order denying defendant's Motion for Summary Judgment entered on June 3, 2014, this case is **DISMISSED** with prejudice. The Court finds as follows:

    (A) The "Contracted Persons" exclusion bars coverage for the injuries and damages asserted in the Oller lawsuit;

    (B) Maxum has no duty to defend Miller in connection with the allegations of the Oller lawsuit; and

    (C) Maxum has no duty to indemnify Miller in connection with the allegations of the Oller lawsuit.

Judgment is entered in favor of Maxum and against Miller.  The Court notes that defendants Darrell Oller and Sarah Oller have stipulated to be bound by this judgment.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

BY:_____/s/*Caitlin Fischer*_____
**Deputy Clerk**

Dated:   June 6, 2014

Digitally signed by David R. Herndon
Date: 2014.06.06 10:57:44 -05'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT